

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/10/2015

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-33365-H2-13 |
| | § | |
| Maria Ruth Gudino   , | § | CHAPTER 13 |
| | § | |
| Debtor(s) | § | |

### ORDER AUTHORIZING SALE OF NON-EXEMPT REAL PROPERTY
(Docket No. 83)

CAME ON FOR CONSIDERATION BY THIS COURT, the *Motion of Debtor for Authority to Sell Non-Exempt Real Property*, and it appearing to the Court that the Motion is with merit, and that the relief requested therein should be granted, it is accordingly,

ORDERED that the Debtor is authorized to sell the real property more particularly described as follows:

TRS 14A & 15B, BLK 3, Briarwick Section 4, also known as,

5214 Ingomar Way, Houston, Texas, 77053

to Genaro Chavez for $63,780.  The property shall be sold subject to the terms and conditions and approval of the mortgage lienholder.  The mortgage lienholder may, in its discretion, accept less than the full amount due, but is not required to accept less than the full amount due.  It is further

ORDERED that the proceeds from the sale shall be distributed as follows:

1.   To mortgage lienholder;

2.   To any outstanding property taxes and liens of record;

3.   To closing cost;

4.   The balance of any remaining proceeds less than and not to exceed $12,425.00 to be paid to Debtor; and .

5.   If any, balance of any excess proceeds to be paid to William Heitkamp, Trustee.

IT IS FURTHER ORDERED that Eloise A. Guzman be allowed $475 as attorneys fees for the preparation of Debtor's Motion to Sell Exempt Real Property.

**Signed:  December 10, 2015.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE