

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/19/2016

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-33365-H2-13 |
| | § | |
| Maria Ruth Gudino, | § | CHAPTER 13 |
| | § | |
| Debtor | § | |

### ORDER ON DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO SELL NON-EXEMPT REAL PROPERTY
(Docket No. 89)

CAME ON FOR CONSIDERATION BY THIS COURT, the *Emergency Motion of Debtor for Authority to Sell Non-Exempt Real Property*, and it appearing to the Court that the Motion is with merit, and that the relief requested therein should be granted, it is accordingly,

ORDERED that the Debtor is authorized to sell the real property more particularly described as follows:

TRS 14A & 15B, Blk 3, Briarwick Section 4, also known as,

5214 Ingomar Way, Houston, Texas, 77053

to Hipolito Castro for $86,900. The property shall be sold subject to the terms and conditions and approval of the mortgage lienholder. The mortgage lienholder may, in its discretion, accept less than the full amount due, but is not required to accept less than the full amount due. It is further

ORDERED that the proceeds from the sale shall be distributed as follows:

1. To mortgage lienholder;
2. To any outstanding property taxes and liens of record;
3. To closing costs; and
4. Net proceeds to be paid to William Heitkamp, Trustee.

IT IS FURTHER ORDERED that Eloise A. Guzman be allowed $475.00 as attorney's

fees, as part of the closing costs for the preparation of Debtor's Emergency Motion to Sell Non-Exempt Real Property.

**Signed: July 18, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

APPROVED AS TO FORM AND SUBSTANCE:

GUZMAN LAW FIRM

By: /s/ Sonya N. Gomez
Eloise A. Guzman
State Bar No. 08654570; Fed ID 7685
Sonya N. Gomez
State Bar No. 24007762; Fed ID 36795
*Attorneys in Charge for Debtor*
8225 Gulf Freeway
Houston, Texas 77017
Telephone: (713) 378-9900
Facsimile: (713) 378-9977

By:_____
Kenneth P. Thomas
State Bar No: 19857700
Office of the Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, Texas 77024
Telephone: (713) 722-1200
Facsimile: (713) 722-1211

STAFF ATTORNEY FOR TRUSTEE