**Fill in this information to identify the case:**

Debtor 1 __MARIA RUTH GUDINO__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number __13-33365-H2-13__

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT 2012-RPL2 ASSET HOLDINGS TRUST

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 5 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2016

**New total payment:** $ 895.89
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 311.25     New escrow payment: $ 485.94

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %     New interest rate: _____ %

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

---

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Debtor 1  MARIA RUTH GUDINO
First Name   Middle Name   Last Name

Case number (if known) 13-33365-H2-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

❏  I am the creditor

❏  I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ JOHN R. CALLISON
Signature

Date 10 / 07 / 2016

Print:  JOHN R.   CALLISON
First Name   Middle Name   Last Name

Title  ATTORNEY FOR CLAIMANT

Company  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address  4004 BELT LINE RD. SUITE 100
Number   Street

ADDISON, TEXAS 75001
City   State   ZIP Code

Contact phone ( 972 )  386- 5040

Email  SDECF@BDFGROUP.COM

## CERTIFICATE OF SERVICE

I hereby certify that on October 07, 2016, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ JOHN R. CALLISON     10/07/2016
        JOHN R. CALLISON
        TX NO. 24076295
        4004 BELT LINE RD. SUITE 100
        ADDISON, TX 75001
        Telephone: (972) 386-5040
        Facsimile: (972) 661-7725
        E-mail: SDECF@BDFGROUP.COM
        ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
MARIA RUTH GUDINO
6421 ROCKBY DR
HOUSTON, TX  77085

MARIA RUTH GUDINO
6421 ROCKBY DRIVE
HOUSTON, TX  77085

**DEBTOR'S ATTORNEY:**
ELOISE A. GUZMAN
8225 GULF FREEWAY
HOUSTON, TX  77017

**TRUSTEE:**
WILLIAM E. HEITKAMP
9821 KATY FREEWAY, STE 590
HOUSTON, TX  77024